**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

DENISE SHERIDAN, RONALD SHERIDAN,

                                Plaintiffs,

      v.                                     1:18-CV-21
                                              (GLS/CFH)

CITY OF SCHENECTADY, et al.,

                                Defendants.

---

**APPEARANCES:**                                  **OF COUNSEL:**

Frost, Kavanaugh Law Form              ARTHUR R. FROST, ESQ.
287 North Greenbush Road
Troy, New York 12180
Attorneys for plaintiff

Carter, Conboy, Case, Blackmore,      MICHAEL J. MURPHY, ESQ.
Maloney & Laird, P.C.                        BRIENNA L. CHRISTIANO, ESQ.
20 Corporate Woods Blvd.                ERIC M. O'BRYAN, ESQ.
Albany, New York 12211
Attorneys for defendant

## ORDER

     A conference was conducted with counsel for all parties on-the-record on October 11, 2019. During the conference, the Court directed that defendant City of Schenectady provide the individual defendants' personnel files for an in camera review. Dkt. Entry dated Oct. 11, 2019. Defendant City of Schenectady has provided the Court with copies of the personnel files for four individual defendants. The Court was also provided with a separate training file for each of the individual defendants.

     The Court has conducted an in camera review for all of the provided files. Based on the Court's review, it is hereby:

**ORDERED** that:

(1) Plaintiffs' request for copies of the defendants' training files is **DENIED** as nothing contained within those files is the proper subject of discovery pursuant to the Federal Rules of Civil Procedure;

(2) Plaintiffs' request for the personnel files of defendants Clifford and Sherman is **DENIED** as nothing in those files is the proper subject of discovery pursuant to the Federal Rules of Civil Procedure;

(3) Plaintiffs' request for a copy of defendant Derkowski's personnel file is **GRANTED** to the limited extent that defendants shall provide plaintiffs with a copy of a two-page Stipulation of Settlement dated February 3, 2009. Defendants shall provide that document to plaintiffs by October 31, 2019. Plaintiffs' request for a copy of defendant Derkowski's personnel file is otherwise **DENIED**.

(4) Plaintiffs' request for a copy of defendant Moore's personnel file is **GRANTED** to the limited extent that defendants shall provide plaintiffs with a copy of a six-page Stipulation of Agreement dated January 13, 2017. Defendants shall provide that document to plaintiffs by October 31, 2019. Plaintiffs' request for a copy of defendant Moore's personnel file is otherwise **DENIED**.

**IT IS SO ORDERED**.

Dated: October 23, 2019
Albany, New York

Christian F. Hummel
U.S. Magistrate Judge